ROSELLA WRIGHT v. ENOCH SMITH.

*Costs on affirmance by equal division.*

Costs may be withheld on the affirmance of a judgment or decree by the equal division of the court.

Appeal from Livingston.   Submitted April 21–22.   Decided Nov. 10.

BILL to set aside deed.   Dismissal affirmed.

*Rollin H. Person* for complainant.

*H. H. Harmon, M. V. Montgomery* and *D. Shields* for defendant.

COOLEY, J.   In this case the judges have been unable to come to an agreement respecting the matters assigned for error, and the decree of the circuit court will therefore stand affirmed but without costs.

The other Justices concurred.

———————

JAMES LUDINGTON v. DAVID A. MELENDY.

Error to Mason.   Submitted April 28.   Decided Nov. 10.

ATTACHMENT.   Defendant brings error.   Affirmed.

*White & McMahon* for plaintiff in error.

*C. G. Wing* and *Geo. H. Noyes* for defendant in error.

COOLEY, J.   In this case the judges have been unable to come to an agreement respecting the matters assigned for error, and the judgment of the circuit court will therefore stand affirmed but without costs.

The other Justices concurred.